UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>DERRICK JOHN FINCHER,<br><br>                Defendant. | No. 2:16-CR-145-TOR-2<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE, WITH LEAVE TO RENEW<br><br>☒    Motion Denied<br><br>**(ECF No. 87)** |

      On December 1, 2016, the Court held a hearing on Defendant's Motion to modify conditions of release, ECF No. 87, and the United States' memo in opposition, ECF No. 88. For personal or business reasons, Defendant desires contact with two named individuals the United States describes as "potential witnesses."

      Defendant was out of custody and present, with counsel Steve Frampton. Assistant U.S. Attorney Matthew F. Duggan represented the United States in place of the Assistant United States Attorney assigned to the case. Both counsel argued.

      Counsel were largely unable to address the Court's questions regarding the case-specific factual significance of the individuals with whom Defendant desires contact, or if the United States' interests would be protected if contact was under specific conditions, or whether the parties had considered preserving the witnesses' testimony prior to commencing the proposed contact.

      The Court, having considered the proffers of Defendant and Plaintiff, and 18

ORDER - 1

U.S.C. § 3142, finds that there is no showing of a material change in circumstances that merits modification of the conditions of pretrial release currently in effect.

Accordingly Defendant's Motion, **ECF No. 87,** is **DENIED,** with leave to renew once more information is available.

**IT IS SO ORDERED.**

DATED December 1, 2016.



_____
                    JOHN T. RODGERS
          UNITED STATES MAGISTRATE JUDGE

ORDER - 2