UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DERRICK JOHN FINCHER,<br><br>                    Defendant. | No. 2:16-CR-145-TOR-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release. Defendant requests that he be allowed to travel outside the District for athletic competitions involving his son's high-school sports programs. Neither the U.S. Probation Office nor the United States Attorney object to Defendant's Motion.

**IT IS ORDERED** that Defendant's Motion, **ECF No. 111**, is **GRANTED.** Defendant may travel outside the Eastern District of Washington for his son's sports activities, under the discretion and with prior approval of Pretrial Services.

Prior to travel, Defendant must provide Pretrial Services with specific contact information as to where he will be staying, and a telephone number where he can be contacted at any time that he is out of the district.

While out of the district, Defendant is subject to all previously-ordered conditions of release not inconsistent with temporary travel outside the district.

DATED February 15, 2017.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1