FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK J. FINCHER,<br><br>Defendant. | No. 2:16-CR-00145-TOR-2<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 345)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release. ECF No. 345. Defendant is currently post-adjudication, but pre-sentence, and as such, his motion is still governed by 18 U.S.C. § 3142. See ECF No. 328.

Specifically, Defendant asks the Court to modify Condition of Release Number 14, which requires to remain in the Eastern District of Washington while the case is pending. ECF No. 22 at 2. Defendant recently retained new counsel, ECF No. 337, 338, whose primary office is in Coeur D'Alene, Idaho. ECF No. 345 at 1. Additionally, Defendant recites that his employment requires him to travel to Idaho as well. ECF No. 345 at 2.

Defendant recites in his motion that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification. ECF No. 345 at 2.

ORDER ~ 1

**IT IS HEREBY ORDERED** that Defendant's Motion, **ECF No. 345**, is **GRANTED**. Defendant's conditions of pretrial release at ECF No. 22 are modified as follows:

**(14)** Defendant shall remain in the Eastern District of Washington and Idaho while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

All other conditions not inconsistent herewith remain in full force and effect.

**IT IS SO ORDERED**.

DATED March 29, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2